# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| DIANE K. BAIR, | No. 13cv144 EJM |
| Plaintiff, | |
| vs. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter is before the court on plaintiff's unresisted Motion for Attorney Fees, filed September 17, 2014. Granted.

It is therefore

ORDERED

Granted. Plaintiff is awarded $1,933.02 pursuant to 28 U.S.C. § 2412(d), to be paid directly to the plaintiff by the Social Security Administration.

October 1, 2014

Edward J. McManus, Judge
UNITED STATES DISTRICT COURT